## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

ROBERT W. VANNATTER                                                  PLAINTIFF

v.                            Case No. 12-3165

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                              DEFENDANT

## ORDER

       The Court has received proposed findings and recommendations (Doc.13) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

       **IT IS SO ORDERED** this 7th day of March, 2014.


                                                        /s/ P. K. Holmes, III
                                                        P.K. HOLMES, III
                                                        CHIEF U.S. DISTRICT JUDGE